**United States Court of Appeals**
***For The Eighth Circuit***
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
***Clerk of Court***

**VOICE (314) 244-2400**
**FAX (314) 244-2780**
**www.ca8.uscourts.gov**

April 04, 2017

Ms. Kelley J. Henry
FEDERAL PUBLIC DEFENDER'S OFFICE
Capital Habeas Unit
Suite 200
810 Broadway
Nashville, TN 37203

Ms. Lisa G. Nouri
2526 Holmes
Kansas City, MO 64108

RE: 17-1716 Lisa Montgomery v. United States

Dear Counsel:

The district court has transmitted a notice of appeal in this matter, and we have docketed it under the caption and case number shown above. Please include the caption and the case number on all correspondence or pleadings submitted to the court. Counsel in the case must supply the clerk with an Appearance Form. Counsel may download or fill out an Appearance Form on the "Forms" page on our web site at www.ca8.uscourts.gov.

**The notice of appeal has been treated as an application for certificate of appealability in accordance with Rule 22(b) of the Federal Rules of Appellate Procedure. Within two weeks of the date of this letter, counsel for the appellant may file an additional application for certificate of appealability. At that time, the case will be forwarded to a panel of judges for consideration. You will be advised of any action taken in this case.**

An order appointing the Federal Public Defender will be entered shortly and forwarded to all involved in this appeal.

Ms. Nouri will receive a CJA appointment through the eVoucher electronic system with a login and password. Your dutuies as counsel are defined by Eighth Circuit Rule 27B and Eighth Circuit's Plan to Expedite Criminal Appeals. Please review these materials which are on the "Rules and Procedures" page of our website.

Instructions for preparing vouchers for payment may be found on the court's website at www.ca8.uscourts.gov/cja-information and from links in the eVoucher program. Submission of paper vouchers is not allowed.

Please note that these appointments cover your work for the appeal and any rehearing which might be filed. Compensation for paralegals, legal assistants and law students should be submitted separately on CJA Form 31. Any work pertaining to the filing of a petition for a writ of certiorari to the Supreme Court must be filed on a separate voucher, also obtained from the eVoucher program.

Appointments are personal and cannot be delegated without the court's approval. If you have any questions about your appointments or the CJA voucher process, please contact this office.

On June 1, 2007, the Eighth Circuit implemented the appellate version of CM/ECF. Electronic filing is now mandatory for attorneys and voluntary for pro se litigants proceeding without an attorney. Information about electronic filing can be found at the court's web site www.ca8.uscourts.gov. In order to become an authorized Eighth Circuit filer, you must register with the PACER Service Center at https://www.pacer.gov/psco/cgi-bin/cmecf/ea-regform.pl. Questions about CM/ECF may be addressed to the Clerk's office.

If you have any questions about the schedule or procedures for the case, please contact our office.

Michael E. Gans
Clerk of Court

JMH

Enclosures

cc: Ms. Kathy Calvert
Honorable Roseann A. Ketchmark
Ms. Lisa M. Montgomery
Ms. Jeannine Rankin
Mr. Jeffrey E. Valenti
Ms. Paige Wymore-Wynn

District Court Case Number: 4:12-cv-08001-GAF

**Caption For Case Number: 17-1716**

Lisa M. Montgomery

Movant - Appellant

v.

United States of America

Respondent - Appellee

**Addresses For Case Participants: 17-1716**

Ms. Kelley J. Henry
FEDERAL PUBLIC DEFENDER'S OFFICE
Capital Habeas Unit
Suite 200
810 Broadway
Nashville, TN 37203

Ms. Lisa G. Nouri
2526 Holmes
Kansas City, MO 64108

Ms. Lisa M. Montgomery
U.S. MEDICAL CENTER FOR FEDERAL PRISONERS
11072-031
P.O. Box 27137
Fort Worth, TX 76127

Honorable Roseann A. Ketchmark
U.S. ATTORNEY'S OFFICE
Room 8662
U.S. Courthouse
400 E. Ninth Street
Kansas City, MO 64106

Mr. Jeffrey E. Valenti
U.S. ATTORNEY'S OFFICE
5510 Charles Evans Whittaker Courthouse
400 E. Ninth Street
Kansas City, MO 64106-2149

Ms. Kathy Calvert
Court Reporter
Room 8452
U.S. Courthouse
400 E. Ninth Street
Kansas City, MO 64106

Ms. Jeannine Rankin
Court Reporter
U.S. Courthouse
222 N. John Q. Hammons Parkway
Springfield, MO 65806

Ms. Paige Wymore-Wynn
U.S. DISTRICT COURT- Western Missouri
Western District of Missouri Clerk's Office
Room 1510
400 E. Ninth Street
Kansas City, MO 64106