**UNITED STATES COURT OF APPEALS**
**FOR THE EIGHTH CIRCUIT**

No: 17-1716

Lisa M. Montgomery

Appellant

v.

United States of America

Appellee

---

Appeal from U.S. District Court for the Western District of Missouri - Kansas City
(4:12-cv-08001-GAF)

---

**ORDER**

This court's order, filed on today's date, in which the Federal Public Defender from the Western District of Missouri is appointed is hereby vacated. The Federal Public Defender from Nashville, TN is the appropriate office for appointment. A corrected order will be filed.

April 04, 2017

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.

/s/ Michael E. Gans