**United States Court of Appeals**
***For The Eighth Circuit***
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
***Clerk of Court***

**VOICE (314) 244-2400**
**FAX (314) 244-2780**
**www.ca8.uscourts.gov**

April 04, 2017

Mr. David M. Ketchmark
U.S. ATTORNEY'S OFFICE
5510 Charles Evans Whittaker Courthouse
400 E. Ninth Street
Kansas City, MO 64106-2149

Honorable Roseann A. Ketchmark
Room 8662
U.S. Courthouse
400 E. Ninth Street
Kansas City, MO 64106

RE: 17-1716 Lisa Montgomery v. United States

Dear Judge Ketchmark and Counsel:

Judge Ketchmark was accidentally identified as counsel in this case when docketed this morning. The correction has been made removing Judge Ketchmark and identifying Mr. David Ketchmark.

A copy of the docketing letter will be forwarded to Mr. Ketchmark. As it was prepared before the correction, Judge Ketchmark is identified. All future correspondence and pleadings will correctly identify counsel involved.

Michael E. Gans
Clerk of Court

JMH

cc: Ms. Kathy Calvert
Ms. Kelley J. Henry
Ms. Lisa M. Montgomery
Ms. Lisa G. Nouri
Ms. Jeannine Rankin
Mr. Jeffrey E. Valenti
Ms. Paige Wymore-Wynn

District Court Case Number: 4:12-cv-08001-GAF