**PLEASE RETURN FOR FILING**

# IMMEDIATELY

**APPEARANCE**

**UNITED STATES COURT OF APPEALS**
**FOR THE EIGHTH CIRCUIT**

**NO.** 17-1716

Lisa M. Montgomery

**vs.**

United States of America

**The Clerk will enter my appearance as Counsel for the following party(s):**
**(please specify)** Lisa M. Montgomery

s/ Kelley Henry
**ATTORNEY NAME**

Federal Public Defender TNM
**FIRM NAME**

810 Broadway, Suite 200
**STREET or P.O. BOX**

Nashville, TN 37203
**CITY, STATE, ZIP**

615-736-5047
**OFFICE PHONE NUMBER**

615-736-5265
**FACSIMILE NUMBER**

Kelley_Henry@fd.org
**E-MAIL ADDRESS**

## CERTIFICATE OF SERVICE

☑ I hereby certify that on 4/5/17, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

☑ I further certify that some of the participants in the case are not CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within 3 calendar days, to the following non-CM/ECF participants:

______________________________

______________________________.

s/ Kelley Henry