PLEASE RETURN FOR FILING

# IMMEDIATELY

APPEARANCE

## UNITED STATES COURT OF APPEALS
## FOR THE EIGHTH CIRCUIT

**NO.** 17-1716

Lisa M. Montgomery

**vs.**

United States of America

**The Clerk will enter my appearance as Counsel for the following party(s):**
**(please specify)**

Lisa M. Montgomery

s/ Lisa G. Nouri
**ATTORNEY NAME**

**FIRM NAME**

816-471-1000
**OFFICE PHONE NUMBER**

2526 Holmes
**STREET or P.O. BOX**

816-471-1285
**FACSIMILE NUMBER**

Kansas City, MO 64108
**CITY, STATE, ZIP**

lisanouri_atty@hotmail.com
**E-MAIL ADDRESS**

## CERTIFICATE OF SERVICE

✔ I hereby certify that on 4/6/17, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

✔ I further certify that some of the participants in the case are not CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within 3 calendar days, to the following non-CM/ECF participants:

________________________________________

________________________________________.

s/ Lisa G. Nouri