**United States Court of Appeals**
***For The Eighth Circuit***
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
***Clerk of Court***

**VOICE (314) 244-2400**
**FAX (314) 244-2780**
**www.ca8.uscourts.gov**

April 26, 2017

Ms. Kathy Calvert
Room 8452
U.S. Courthouse
400 E. Ninth Street
Kansas City, MO 64106

Ms. Jeannine Rankin
U.S. Courthouse
222 N. John Q. Hammons Parkway
Springfield, MO 65806

Ms. Paige Wymore-Wynn
U.S. DISTRICT COURT- Western Missouri
Western District of Missouri Clerk's Office
Room 1510
400 E. Ninth Street
Kansas City, MO 64106

RE: 17-1716 Lisa Montgomery v. United States

Please notify the Appeals clerk’s office once the transcript of evidentiary hearing has been filed.

Michael E. Gans
Clerk of Court

JMH

cc: Ms. Amy D. Harwell
Ms. Kelley J. Henry
Mr. David M. Ketchmark
Mr. Philip M. Koppe
Ms. Lisa G. Nouri
Mr. Jeffrey E. Valenti

District Court Case Number: 4:12-cv-08001-GAF