IN THE UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

| | | |
|---|---|---|
| LISA MONTGOMERY<br><br>Appellant<br>v.<br><br>United States<br><br>Appellee | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | NO. 17-1716<br>CAPITAL CASE |

NOTICE OF FILING OF TRANSCRIPT

COMES NOW Appellant, Lisa Montgomery, by counsel, and notifies this Honorable Court that the transcript of the evidentiary hearing conducted in the United States District Court for the Western District of Missouri has been filed on this date, May 4, 2017. The transcript consists of nine volumes. Appellant's counsel received copies of the same by email from the court reporter contemporaneous with the filing. Pursuant to this Court's April 11, 2017 Order, Appellant's application for certificate of appealability is due on, or before, August 3, 2017.

Respectfully submitted,

LISA G. NOURI, Mo. Bar No. 32800
2526 Holmes
Kansas City, MO 64108
(816) 471-1000

KELLEY J. HENRY, Mo. Bar No. 38849
Supervisory Asst. Federal Public Defender
AMY D. HARWELL
Asst. Federal Public Defender
OFFICE OF THE FEDERAL PUBLIC DEFENDER
810 Broadway Street, Suite 200
Nashville, TN 37203
(615) 736-5047

BY: /s/ *Kelley J. Henry*
Counsel for Lisa Montgomery

## CERTIFICATE OF SERVICE

I hereby certify that on May 4, 2017, the above-captioned document was served electronically on David Ketchmark, Jeffrey Valenti, and Phil Koppe, Assistant United States Attorneys representing the government in this matter, through the Court's CM/ECF filing system.

/s/ *Kelley J. Henry*
Counsel for Lisa Montgomery