**United States Court of Appeals**
***For The Eighth Circuit***
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
***Clerk of Court***

**VOICE (314) 244-2400**
**FAX (314) 244-2780**
**www.ca8.uscourts.gov**

May 08, 2017

RE: 17-1716 Lisa Montgomery v. United States

Dear Counsel:

We have received notice that the transcript of the evidentiary hearing has been filed. Pursuant to this Court's order filed April 11, the application for a certificate of appealability is now due to be filed by August 3, 2017.

Counsel should also ensure that the transcript is forwarded to this office from the District Court.

Michael E. Gans
Clerk of Court

JMH

cc: Ms. Kathy Calvert
Ms. Amy D. Harwell
Ms. Kelley J. Henry
Mr. David M. Ketchmark
Mr. Philip M. Koppe
Ms. Lisa M. Montgomery
Ms. Lisa G. Nouri
Ms. Jeannine Rankin
Mr. Jeffrey E. Valenti
Ms. Paige Wymore-Wynn

District Court Case Number 4:12-cv-08001-GAF