Supplemental Declaration of David L. Owen, Jr.

I, David L. Owen, Jr., being of lawful age, declare as follows:

1. I have previously provided a sworn declaration and a sworn affidavit in this section 2255 case. I also testified in the evidentiary hearing before Judge Fenner.
2. During the evidentiary hearing I was asked on re-direct about my knowledge of Lisa having been trafficked by her mother in the special room that had been built onto the house. I was also asked about knowledge of Lisa having been serially raped by three or 4 men at a time.
3. I had never heard these allegations from any source until I was asked about them while on the witness stand during the evidentiary hearing. I was quite obviously shocked.
4. When I testified with regard to a question about follow up on Ms. Waller's 2007 memo, I was solely referencing the 2005 interviews with Jack Kleiner.
5. I testified that "we" had asked Jack Kleiner about the allegations that he had sexually assaulted Lisa. By "we" I was referring to Ron Ninemire and myself. Ron Ninemire and I interviewed Jack Kleiner two times, both of those interviews took place in 2005 which was early on in my representation of Lisa.
6. At the time Ron and I interviewed Jack Kleiner we did not know of the allegations of trafficking or gang rape.
7. When I testified that Jack denied it, what I meant was that Jack had denied he had ever abused Lisa.
8. I did not believe Jack's denials. We would not have been deterred from investigating any avenue on the basis of what Jack Kleiner said.

9. I did not confront Jack Kleiner with David Kidwell's claims because I did not know about David Kidwell's statement at the time I interviewed Jack Kleiner.

I declare under the penalty of perjury and the laws of the United States that the foregoing is true and correct to the best of my information and belief.

Signed this 18th day of July, 2017.

David Owen