**From:** ecfMOW.notification@mow.uscourts.gov <ecfMOW.notification@mow.uscourts.gov>
**Sent:** Monday, April 15, 2013 3:27 PM
**To:** cmecf_atynotifications@mow.uscourts.gov
**Subject:** Activity in Case 4:12-cv-08001-GAF Montgomery v. United States of America Notice of Hearing

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
*****NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

**U.S. District Court**
**Western District of Missouri**

## Notice of Electronic Filing

The following transaction was entered on 4/15/2013 at 3:27 PM CDT and filed on 4/15/2013

| | |
|---|---|
| **Case Name:** | Montgomery v. United States of America |
| **Case Number:** | 4:12-cv-08001-GAF |
| **Filer:** | |
| **Document** | 44(No document attached) |

**Number:**

**Docket Text:**

**NOTICE OF HEARING - This is the official notice for this hearing. Oral Argument on Movant's Motion to Reassign Case set for 5/6/2013 01:30 PM in Courtroom 8A, Kansas City (GAF) before District Judge Gary A. Fenner. (Mitchell, Lisa)**

**4:12-cv-08001-GAF Notice has been electronically mailed to:**

Christine M. Blegen christine@blegenlawfirm.com

Cynthia L. Cordes cynthia.cordes@usdoj.gov, USAMOW.ECFStrikeForce@usdoj.gov

Kelley J. Henry kelley_henry@fd.org

Lisa G. Nouri lisanouri_atty@hotmail.com, lisanouri_atty@yahoo.com

Roseann Ambrosia Ketchmark roseann.ketchmark@usdoj.gov, USAMOW.ECFGeneralCrimes@usdoj.gov

**4:12-cv-08001-GAF It is the filer's responsibility for noticing the following parties by other means:**