UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| LISA M. MONTGOMERY, | ) | |
| | ) | |
| Movant, | ) | |
| | ) | |
| vs. | ) | Case No. |
| | ) | 12-CV-08001-GAF |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

TRANSCRIPT OF PROCEEDINGS
BEFORE THE HONORABLE GARY A. FENNER
UNITED STATES DISTRICT JUDGE
OCTOBER 14, 2016
KANSAS CITY, MISSOURI

FOR THE MOVANT:
MS. KELLEY J. HENRY
Office of the Federal Public Defender
810 Broadway Street, Suite 200
Nashville, Tennessee 37203

MS. LISA G. NOURI
526 Holmes
Kansas City, Missouri 64108

Proceedings recorded by mechanical stenography, transcript produced by computer

KATHERINE A. CALVERT, RMR, CRR
FEDERAL OFFICIAL COURT REPORTER
CHARLES EVANS WHITTAKER COURTHOUSE
400 EAST NINTH STREET
KANSAS CITY, MISSOURI 64106



Appellate Case: 17-1716 Page: 1 Date Filed: 11/01/2017 Entry ID: 4596230

APPEARANCES
(continued)

FOR THE RESPONDENT:
MR. JEFFREY E. VALENTI
MR. DAVID M. KETCHMARK
United States Attorney's Office
400 East Ninth Street, Suite 5510
Kansas City, Missouri 64106



Appellate Case: 17-1716 Page: 2 Date Filed: 11/01/2017 Entry ID: 4596230

OCTOBER 14, 2016

(Court in session at 9:35 a.m.)

THE COURT: Good morning.

Hard to believe October is already here.

I don't really have a lot that I want to talk about this morning preliminary to the hearing in this case other than just to let you know it's my intention to basically be in court from nine to five. I'm flexible with when we end, depending on how it works with witnesses, and willing to stay later or quit a little earlier if the schedule makes that to be appropriate.

Also, I think everybody knows -- I'm sure Ms. Nouri, Mr. Valenti, Mr. Ketchmark know that I don't like to run out of witnesses. I don't want to have -- and I know it's going to be hard because you have a lot of people who are very busy and probably difficult to schedule, but you need to have them here, have them ready, and I'm confident that you all will cooperate with each other in making sure that opposing counsel knows what your schedule is and who you are going to be calling and when you think you might be finished with your presentation of evidence so that everybody can be ready to go when they need to be.

Ms. Nouri, do you have anything that you want to bring up or discuss?

MS. NOURI: I don't think we have anything, Your Honor. We've been conferring with the government and getting

ready, and I think they have our order of proof even already, so we're just finalizing things, Your Honor.

THE COURT: Okay. Mr. Valenti?

MR. VALENTI: Your Honor, I agree. I think we made progress and our hope is to try to condense this to the extent possible. I recognize this is a fairly lengthy evidentiary hearing. We've been out of town this week trying to solidify some of those issues and I think we're making good progress.

THE COURT: Okay. All right. You know, if you have any questions or concerns about anything, Terri can help you out with any accommodations you might need. Other than that, we'll -- on the 29th we'll all be ready to go.

MS. NOURI: I hope it's the 31st.

THE COURT: What is it?

THE COURTROOM DEPUTY: The 31st.

MS. NOURI: 29th is a Saturday, Your Honor.

THE COURT: Well, you will be working.

MS. NOURI: We'll be working so if you want to start, I guess we could.

THE COURT: There was a purpose in having this gathering. All right, the 31st. See you at nine o'clock and everybody be ready to go.

MR. VALENTI: Thank you, Your Honor.

MS. NOURI: Thank you, Your Honor.

(Adjournment)



Appellate Case: 17-1716 Page: 4 Date Filed: 11/01/2017 Entry ID: 4596230

## CERTIFICATE OF OFFICIAL REPORTER

I, Katherine A. Calvert, Federal Official Court Reporter, in and for the United States District Court for the Western District of Missouri, do hereby certify that the foregoing is a true and correct transcript of the stenographically reported proceedings in LISA M. MONTGOMERY, Movant, vs. UNITED STATES OF AMERICA, Respondent, No. 12-CV-08001-GAF.

Dated this 30th day of October, 2017.

________________________________
KATHERINE A. CALVERT, RMR, CRR
FEDERAL OFFICIAL COURT REPORTER



Appellate Case: 17-1716 Page: 5 Date Filed: 11/01/2017 Entry ID: 4596230