**PLEASE RETURN FOR FILING**

# IMMEDIATELY

**APPEARANCE**

**UNITED STATES COURT OF APPEALS**
**FOR THE EIGHTH CIRCUIT**

**NO.** 17-1716

Lisa Montgomery

**vs.**

United States of America

**The Clerk will enter my appearance as Counsel for the following party(s):**
**(please specify)** United States of America

s/ Bruce E. Clark
**ATTORNEY NAME**

Assistant United States Attorney
**FIRM NAME**

400 E. 9th Street, Suite 5510
**STREET or P.O. BOX**

Kansas City, Missouri 64106
**CITY, STATE, ZIP**

816- 426-3122
**OFFICE PHONE NUMBER**

816-426-7080
**FACSIMILE NUMBER**

Bruce.Clark2@usdoj.gov
**E-MAIL ADDRESS**

## CERTIFICATE OF SERVICE

☑ I hereby certify that on 11/06/2017, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

☐ I further certify that some of the participants in the case are not CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within 3 calendar days, to the following non-CM/ECF participants:

s/ Bruce E. Clark