**IN THE**
**UNITED STATES COURT OF APPEALS**
**FOR THE EIGHTH CIRCUIT**

| | | |
|---|---|---|
| LISA M. MONTGOMERY, | ) | |
| | ) | |
| Appellant, | ) | |
| | ) | |
| v. | ) | No. 17-1716 |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Appellee. | ) | |

# **GOVERNMENT'S MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO APPELLANT'S MOTION TO EXPAND THE RECORD**

The respondent, the United States of America, appears by its undersigned counsel, and moves this Court for a one-week extension of time to file its response to Montgomery's motion to expand the record. The Government offers the following in support of its motion:

1. The Government's response to Montgomery's motion to expand the record is currently due tomorrow, December 1, 2017;

2. Montgomery filed her motion to expand the record on November 1, 2017;

3 A draft of the Government's response has been completed, but other Assistant United States Attorneys assigned to this case need additional time to complete their review the draft;

3. As a result, the Government requests an additional one-week, of up to and including December 8, 2017, within which to file the Government's response.

Wherefore, the Government requests an extension of until December 8, 2017, within which to file the Government's response to Montgomery's motion to expand the record.

Respectfully submitted,

THOMAS M. LARSON
Acting United States Attorney

By /s/ *Bruce E. Clark*

BRUCE E. CLARK
LAJUANA M. COUNTS
Assistant United States Attorneys

Charles Evans Whittaker Courthouse
400 East 9th Street, Room 5510
Kansas City, Missouri 64106
Telephone: (816) 426-3122

*Attorneys for Respondent*



Appellate Case: 17-1716 Page: 2 Date Filed: 11/30/2017 Entry ID: 4605722

## CERTIFICATE OF COMPLIANCE

I hereby certify, pursuant to Fed. R. App. P. 32(a)(7)(C), that this motion complies with the type-volume limitations in Fed. R. App. P. 32(a)(7)(B) and contains 429 words. This motion was prepared using Microsoft Word 2016 software. In making this certification I have relied upon the word-count feature of Microsoft Word 2016. Furthermore, this motion has been determined to be virus-free in compliance with Eighth Circuit Rule 28A(h).

/s/ *Bruce E. Clark*
Bruce E. Clark
Assistant United States Attorney



Appellate Case: 17-1716 Page: 3 Date Filed: 11/30/2017 Entry ID: 4605722

## CERTIFICATE OF SERVICE

I hereby certify that on November 30, 2017, the foregoing was electronically filed with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system. A copy will be served on participants in the case by the CM/ECF system or by U.S. Mail, postage prepaid.

Lisa G. Nouri
2526 Holmes
Kansas City, Missouri 64108

Kelley J. Henry
Supervisory Assistant Federal Public Defender

Amy D. Harwell
Assistant Federal Public Defender
Federal Public Defender's Office
Middle District of Tennessee
Capital Habeas Unit
810 Broadway Street, Suite 200
Nashville, Tennessee 37203

*Attorneys for Appellant*

/s/ *Bruce E. Clark*
Bruce E. Clark
Assistant United States Attorney