**IN THE**
**UNITED STATES COURT OF APPEALS**
**FOR THE EIGHTH CIRCUIT**

| | | |
|---|---|---|
| LISA M. MONTGOMERY, | ) | |
| | ) | |
| Appellant, | ) | |
| | ) | |
| v. | ) | No. 17-1716 |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Appellee. | ) | |

**GOVERNMENT'S MOTION FOR**
**EXTENSION OF TIME TO FILE RESPONSE BRIEF**

The United States of America, for the Western District of Missouri, by and through undersigned counsel, moves for an extension of time in which to file its response brief in this case. For the reasons set forth below, the United States requests that this Court grant it a 120 day extension of time in which to file its response.

1. This Court docketed this case on April 4, 2017. On April 7, 2017, appellant Montgomery sought a 120 day extension of time to file her application for a certificate of appealability and was granted a 90 day extension following the filing of transcripts. On July 15, 2017, appellant requested an extension of time to November 1, 2017.

2. On November 1, 2017, appellant filed her application for a certificate of appealability. The petition filed by appellant is 933 pages long with 2,833 footnotes.

3. On December 8, 2017, this Court directed the United States to file its response to the application for a certificate of appealability by January 2, 2018. Counsel for the United States was not involved in the original trial in this case nor the evidentiary hearing for the 2255 petition. Counsel for the United States requires additional time to draft a response to the application.

4. Counsel for appellant has no objection to this request.

Accordingly, for the reasons set forth above, the United States requests a 120 day extension of time to file its response in this case.

Respectfully submitted,

Thomas M. Larson
Acting United States Attorney

By */s/ Bruce E. Clark*

Bruce E. Clark
Assistant United States Attorneys

Charles Evans Whittaker Courthouse
400 East 9th Street, Room 5510
Kansas City, Missouri 64106
Telephone: (816) 426-3122

*Attorneys for Respondent*

## CERTIFICATE OF COMPLIANCE

I hereby certify, pursuant to Fed. R. App. P. 32(a)(7)(C), that this motion complies with the type-volume limitations in Fed. R. App. P. 32(a)(7)(B) and contains 522 words. This motion was prepared using Microsoft Word 2016 software. In making this certification I have relied upon the word-count feature of Microsoft Word 2016. Furthermore, this motion has been determined to be virus-free in compliance with Eighth Circuit Rule 28A(h).

*/s/ Bruce E. Clark*
Bruce E. Clark
Assistant United States Attorney

## CERTIFICATE OF SERVICE

I hereby certify that on December 18, 2017, the foregoing was electronically filed with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system. A copy will be served on participants in the case by the CM/ECF system or by U.S. Mail, postage prepaid.

Lisa G. Nouri
2526 Holmes
Kansas City, Missouri 64108

Kelley J. Henry
Supervisory Assistant Federal Public Defender

Amy D. Harwell
Assistant Federal Public Defender
Federal Public Defender's Office
Middle District of Tennessee
Capital Habeas Unit
810 Broadway Street, Suite 200
Nashville, Tennessee 37203

*Attorneys for Appellant*

*/s/ Bruce E. Clark*
Bruce E. Clark
Assistant United States Attorney