**UNITED STATES COURT OF APPEALS**
**FOR THE EIGHTH CIRCUIT**

No: 17-1716

Lisa M. Montgomery

Appellant

v.

United States of America

Appellee

---

Appeal from U.S. District Court for the Western District of Missouri - Kansas City
(4:12-cv-08001-GAF)

---

**ORDER**

The appellee's motion for extension of time to file a response to the Application for Certificate of Appealability is hereby granted.

The response of the United States is due on May 2, 2018.

December 19, 2017

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.

---

/s/ Michael E. Gans