**IN THE**
**UNITED STATES COURT OF APPEALS**
**FOR THE EIGHTH CIRCUIT**

| | | |
|---|---|---|
| LISA M. MONTGOMERY, | ) | |
| | ) | |
| Appellant, | ) | |
| | ) | |
| v. | ) | No. 17-1716 |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Appellee. | ) | |

**GOVERNMENT'S SECOND MOTION FOR**
**<u>EXTENSION OF TIME TO FILE RESPONSE BRIEF</u>**

The United States of America, for the Western District of Missouri, by and through undersigned counsel, moves for a second extension of time in which to file its response brief in this case. For the reasons set forth below, the United States requests that this Court grant it a 60 day extension of time in which to file its response.

1. This Court docketed this case on April 4, 2017. On April 7, 2017, appellant Montgomery sought a 120 day extension of time to file her application for a certificate of appealability and was granted a 90 day extension following the filing of transcripts. On July 15, 2017, appellant requested an extension of time to November 1, 2017.

2. On November 1, 2017, appellant filed her application for a certificate of appealability. The petition filed by appellant is 933 pages long with 2,833 footnotes.

3. On December 8, 2017, this Court directed the United States to file its response to the application for a certificate of appealability by January 2, 2018. The United States sought and received a 120 day extension of time to file its response. The United States' response is due on May 2, 2018. As noted in its original motion for an extension of time, counsel for the United States was not involved in the original trial in this case nor the evidentiary hearing for the 2255 petition.

4. During the time that counsel for the United States has worked on drafting a response in this case, he has also drafted and filed two appellate briefs, *United States v. Phillips*, No. 17-3816 and *Jackson v. United States* No. 17-1623. Counsel has also been involved in a number of matters at the district court level. Counsel for the United States therefore requires additional time to continue drafting a response to the application.

5. Counsel for appellant has no objection to this request.

Accordingly, for the reasons set forth above, the United States requests a 60 day extension of time to file its response in this case.

Respectfully submitted,

Timothy A. Garrison
United States Attorney

By */s/ Bruce E. Clark*

Bruce E. Clark
Assistant United States Attorneys

Charles Evans Whittaker
Courthouse 400 East 9th Street,
Room 5510 Kansas City, Missouri
64106 Telephone: (816) 426-3122

*Attorneys for Respondent*

## CERTIFICATE OF COMPLIANCE

I hereby certify, pursuant to Fed. R. App. P. 32(a)(7)(C), that this motion complies with the type-volume limitations in Fed. R. App. P. 32(a)(7)(B) and contains 620 words. This motion was prepared using Microsoft Word 2016 software. In making this certification I have relied upon the word-count feature of Microsoft Word 2016. Furthermore, this motion has been determined to be virus-free in compliance with Eighth Circuit Rule 28A(h).

*<u>/s/ Bruce E. Clark</u>*
Bruce E. Clark
Assistant United States Attorney

## CERTIFICATE OF SERVICE

I hereby certify that on April 30, 2018, the foregoing was electronically filed with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system. A copy will be served on participants in the case by the CM/ECF system or by U.S. Mail, postage prepaid.

Amy D. Harwell, Federal Public Defender
FEDERAL PUBLIC DEFENDER'S OFFICE
Suite 200
810 Broadway
Nashville, TN 37203

Kelley J. Henry, Assistant Federal Public Defender
FEDERAL PUBLIC DEFENDER'S OFFICE
Suite 200
810 Broadway
Nashville, TN 37203

Lisa G. Nouri
2526 Holmes
Kansas City, MO 64108-0000

*Attorneys for Appellant*

*/s/ Bruce E. Clark*
Bruce E. Clark
Assistant United States Attorney



Appellate Case: 17-1716 Page: 5 Date Filed: 04/30/2018 Entry ID: 4656158