CAPITAL CASE
IN THE UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

| | | |
|---|---|---|
| LISA MONTGOMERY,<br><br>Movant – Appellant,<br>v.<br><br>United States,<br><br>Respondent – Appellee. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | NO. 17-1716<br>UNITED STATES DISTRICT COURT WESTERN DISTRICT OF MISSOURI,<br><br>NO. 12-08001-CV-W-GAF |

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY TO RESPONDENT'S RESPONSE TO PETITIONER'S APPLICATION FOR CERTIFICATE OF APPEALABILITY

Lisa Montgomery, by and through counsel, moves this Court for an extension of time in which to file her reply to Respondent's response to her application for a certificate of appealability ("COA") in this capital case. Undersigned counsel has communicated with opposing counsel, Bruce Clark, Assistant United States Attorney, who states that the Government has no opposition to this motion. In support of her motion, Mrs. Montgomery states the following:

1. Mrs. Montgomery is serving a sentence of death pursuant to the judgment of the United States District Court for the Western District of Missouri.

2. Mrs. Montgomery filed her COA on November 1, 2017. The Government responded on July 30, 2018. Reflecting the complexity of the issues and evidence in this matter,[1] the Government's Response is 383 pages. Counsel must

[1] Mrs. Montgomery's motion for relief pursuant to 28 U.S.C. § 2255 was 238 pages and was supported by voluminous exhibits. DCD 71. The district court granted an evidentiary hearing on some, though not all, of Mrs. Montgomery's claims. DCD

not only review the Government's response but also comb the voluminous record in order to provide a succinct reply that will assist the Court.

3. The Reply is currently due September 26, 2018. To date, counsel have reviewed the Government's response and have allocated research to avoid duplication of effort. Despite this, undersigned counsel represent to this Court that they simply cannot complete the reply within the time allotted.

4. In addition to the complexity of the task of addressing the Government's response, personal and professional obligations have impeded counsels' efforts to complete the reply, to wit:

a. Since the filing of the Government's response, Ms. Henry and Ms. Harwell have been consumed with litigation surrounding the method of execution in Tennessee. Following a three week trial July 9- 25 that resulted in an order dismissing the lethal injection challenge brought by 28 of their clients, Ms. Henry and Ms. Harwell filed a notice of appeal on July 30, 2018. The Tennessee Supreme Court exercised its supervisory authority and took jurisdiction of the case on August 13, 2018. Thereafter the Tennessee court set the matter on an expedited schedule, requiring filing of the transcript on August 22, 2018, and submission of plaintiff's initial brief on September 6, 2018. Ms. Henry and Ms. Harwell were among the primary drafters of the 390 page brief filed on the 6th. The matter is set

173. The transcript of the evidentiary hearing is 2381 pages; there are 454 supporting exhibits which encompass 6,868 pages and include the sworn written testimony of 83 witnesses. EH Tr. Vol. 1, pp. 12-44 (exhibit list).

for further briefing by the state on September 21, reply briefing by plaintiffs on September 28, and for oral argument on October 3. As the record of the trial is roughly 15,000 pages, counsel have been hard pressed to meet the Tennessee court's demanding timeline.

b. Ms. Henry and Ms. Harwell were counsel of record for Billy Ray Irick who was executed on August 9, 2018. Until his execution, Ms. Henry and Ms. Harwell litigated his right to be executed in a humane way under the Eighth Amendment. Ms. Henry is counsel of record for Edmond Zagorski who is scheduled for execution on October 11, 2018. Ms. Henry and Ms. Harwell continue to litigate Mr. Zagorski's right to a non-tortuous execution, including, but not limited to, their work on the appeal in the Tennessee Supreme Court outlined above.

c. In addition to the litigation in the Tennessee Supreme Court, Ms. Henry and Ms. Harwell have been responding to an internal office crisis created by the unexpected resignation of four lawyers in their seven lawyer, capital habeas unit. This sudden staffing shortage has required Ms. Henry, the supervisor of the unit, and Ms. Harwell, the assistant supervisor of the unit, to assume representation of thirty-four condemned inmates in Tennessee. The staffing turn-over has also required them to allocate time to interviewing and hiring new attorneys to serve as assistant federal defenders.

d. Ms. Nouri has likewise been unable to draft the reply due to a convergence of professional obligations, including four cases on August 20 trial docket. In addition to her trial cases, Ms. Nouri also has had several pleas and

sentencing hearings, including four lengthy trial preparation meetings scheduled with the Government since the filing of the Government's Response. Further Ms. Nouri has a case set for trial on Oct 29. The client's competency is at issue and a competency hearing is set for September 19, 2018. Finally, Ms. Nouri is obligated to continue her efforts for two multi-count/party homicide cases set for trial in 2019.[2] Work on those two cases is ongoing, requiring her attention to investigation (including extensive work on budget preparation and approval), research, and review of discovery.

WHEREFORE, for the all of the above-stated reasons, Mrs. Montgomery respectfully requests that her unopposed motion for an additional 60 days in which to complete her COA application be granted and the deadline adjusted to November 27, 2018.

Respectfully submitted,

LISA G. NOURI, Mo. Bar No. 32800
2526 Holmes
Kansas City, MO 64108
(816) 471-1000

KELLEY J. HENRY, Mo. Bar No. 38849
Supervisory Asst. Federal Public Defender
AMY D. HARWELL, Tn. Bar No. 18691
Asst. Federal Public Defender
OFFICE OF THE FEDERAL PUBLIC DEFENDER-
MIDDLE DISTRICT OF TENNESSEE
Capital Habeas Unit
810 Broadway Street, Suite 200
Nashville, TN 37203

[2] One trial set 1/28/2019 and is anticipated to last ten weeks; the other is set 1/8/2019, but is anticipated to be continued as both Ms. Nouri and the AUSA are committed to the 1/28 trial.

(615) 736-5047

BY: /s/ *Kelley Henry*
*Attorneys for Lisa Montgomery*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 18, 2017, the above-captioned document was served electronically on Bruce Clark, Assistant United States Attorney representing the government in this matter, through the Court's CM/ECF filing system.

/s/ *Kelley Henry*