**United States Court of Appeals**
***For The Eighth Circuit***
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
***Clerk of Court***

**VOICE (314) 244-2400**
**FAX (314) 244-2780**
**www.ca8.uscourts.gov**

January 25, 2019

Ms. Amy D. Harwell
FEDERAL PUBLIC DEFENDER'S OFFICE
Suite 200
810 Broadway
Nashville, TN 37203

RE: 17-1716 Lisa Montgomery v. United States

Dear Counsel:

Enclosed is a copy of the dispositive order entered today in the referenced case.

Please review Federal Rules of Appellate Procedure and the Eighth Circuit Rules on post-submission procedure to ensure that any contemplated filing is timely and in compliance with the rules. Note particularly that petitions for rehearing must be received by the clerk's office within the time set by FRAP 40 in cases where the United States or an officer or agency thereof is a party (within 45 days of entry of judgment). Counsel-filed petitions must be filed electronically in CM/ECF. Paper copies are not required. Pro se petitions for rehearing are not afforded a grace period for mailing and are subject to being denied if not timely received.

Michael E. Gans
Clerk of Court

CMD

Enclosure(s)

cc: Mr. Bruce E. Clark
Ms. Kelley J. Henry
Mr. David M. Ketchmark
Mr. Philip M. Koppe
Ms. Lisa M. Montgomery
Ms. Lisa G. Nouri
Mr. Jeffrey E. Valenti
Ms. Paige Wymore-Wynn

District Court/Agency Case Number(s): 4:12-cv-08001-GAF