CAPITAL CASE
IN THE UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

| | | |
|---|---|---|
| **LISA MONTGOMERY,** | ) | |
| | ) | |
| **Movant – Appellant,** | ) | **NO. 17-1716** |
| **v.** | ) | **UNITED STATES DISTRICT** |
| | ) | **COURT WESTERN DISTRICT** |
| **United States,** | ) | **OF MISSOURI,** |
| | ) | |
| **Respondent – Appellee.** | ) | **NO. 12-08001-CV-W-GAF** |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE PETITION FOR REHEARING *EN BANC***

Lisa Montgomery, by and through counsel, moves this Court for an extension of time in which to file her petition for rehearing *en banc* in this capital case. Undersigned counsel has communicated with opposing counsel, Bruce Clark, Assistant United States Attorney, who states that the Government has no opposition to this motion. In support of her motion, Mrs. Montgomery states the following:

1. Mrs. Montgomery is serving a sentence of death pursuant to the judgment of the United States District Court for the Western District of Missouri.

2. Mrs. Montgomery filed her COA on November 1, 2017. The Government responded on July 30, 2018. A panel of this Court denied Mrs. Montgomery's application for a certificate of appealability on January 28, 2019.

3. Mrs. Montgomery wishes to seek review of the panel decision by the *en banc* court. Pursuant to the rules of federal procedure, her petition would be due

February 8, 2019. Undersigned counsel cannot prepare the petition within the time allotted.

4. Mrs. Montgomery's case involves complex legal issues stemming from a motion for relief pursuant to 28 U.S.C. § 2255 that was 238 pages and was supported by voluminous exhibits. DCD 71. The district court granted an evidentiary hearing on some, though not all, of Mrs. Montgomery's claims. DCD 173. The transcript of the evidentiary hearing is 2381 pages; there are 454 supporting exhibits which encompass 6,868 pages and include the sworn written testimony of 83 witnesses. EH Tr. Vol. 1, pp. 12-44 (exhibit list). Reflecting the complexity of the issues involved, the Government's response to Mrs. Montgomery's application for a certificate of appealability was 383 pages. To this voluminous record and briefing setting forth the complex facts entitling Mrs. Montgomery to a COA, the panel issued a three sentence denial. Mrs. Montgomery wishes for her application for rehearing *en banc* to "state with particularly each point of law or fact that the petitioner believes the court has overlooked" and is constrained by the local rules of this Circuit from referencing the issues already set forth in her initial application. Fed.R.App.Pro 40 (a)(2). Accordingly, Mrs. Montgomery's counsel must now attempt to reduce her complex set of facts and legal arguments to the allotted 3,900 words.

5. In addition to the complexity of the task of briefing the matter for the Court, undersigned counsel have professional obligations which prevent the completion of the task before the deadline, including a previously scheduled oral

argument, necessary investigative travel for a case with a pending statute of limitations deadline, and administrative tasks related to the recent lapse in appropriations.

WHEREFORE, for the all of the above-stated reasons, Mrs. Montgomery respectfully requests that her unopposed motion for an additional 30 days in which to complete her COA application be granted and the deadline adjusted to March 8, 2019.

Respectfully submitted,

LISA G. NOURI, Mo. Bar No. 32800
2526 Holmes
Kansas City, MO 64108
(816) 471-1000

KELLEY J. HENRY, Mo. Bar No. 38849
Supervisory Asst. Federal Public Defender
AMY D. HARWELL, Tn. Bar No. 18691
Asst. Federal Public Defender
OFFICE OF THE FEDERAL PUBLIC DEFENDER-
MIDDLE DISTRICT OF TENNESSEE
Capital Habeas Unit
810 Broadway Street, Suite 200
Nashville, TN 37203
(615) 736-5047

BY: /s/ *Kelley Henry*
*Attorneys for Lisa Montgomery*

**CERTIFICATE OF SERVICE**

I hereby certify that on February 1, 2019, the above-captioned document was served electronically on Bruce Clark, Assistant United States Attorney representing the government in this matter, through the Court's CM/ECF filing system.

/s/ *Kelley Henry*



Appellate Case: 17-1716 Page: 3 Date Filed: 02/01/2019 Entry ID: 4752329