CAPITAL CASE
IN THE UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

| | | |
|---|---|---|
| LISA MONTGOMERY, | ) | |
| | ) | |
| Movant – Appellant, | ) | NO. 17-1716 |
| v. | ) | UNITED STATES DISTRICT |
| | ) | COURT WESTERN DISTRICT |
| United States, | ) | OF MISSOURI, |
| | ) | |
| Respondent – Appellee. | ) | NO. 12-08001-CV-W-GAF |

## CERTIFICATE OF COMPLIANCE FOR PETITONER'S MOTION FOR EXTENSION OF TIME TO FILE PETITION FOR REHEARING EN BANC

## CERTIFICATE OF COMPLIANCE WITH TYPE-VOLUME LIMIT, TYPEFACE REQUIREMENTS, AND TYPE-STYLE REQUIREMENTS

1. The document filed on Feburary 1, 2019 entitled Motion for Extension of Time to File Petition for Rehearing En Banc complies with the word limit of Fed. R. App. P. 35(b)(2)(A) because, excluding the parts of the document exempted by Fed. R. App. P. 32(f), that document contains 734 words.

2. That document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because this document has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point font size and Century type style.

Respectfully submitted,

LISA G. NOURI, Mo. Bar No. 32800
2526 Holmes
Kansas City, MO 64108
(816) 471-1000

KELLEY J. HENRY, Mo. Bar No. 38849
Supervisory Asst. Federal Public Defender
AMY D. HARWELL, Tn. Bar No. 18691
Asst. Federal Public Defender
OFFICE OF THE FEDERAL PUBLIC
DEFENDER-MIDDLE DISTRICT OF
TENNESSEE
Capital Habeas Unit
810 Broadway Street, Suite 200
Nashville, TN 37203
(615) 736-5047

BY: /s/ *Kelley Henry*
*Attorneys for Lisa Montgomery*

**CERTIFICATE OF SERVICE**

I hereby certify that on February 4, 2019, the above-captioned document was served electronically on Bruce Clark, Assistant United States Attorney representing the government in this matter, through the Court's CM/ECF filing system.

/s/ *Kelley Henry*



Appellate Case: 17-1716 Page: 2 Date Filed: 02/04/2019 Entry ID: 4752793