# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

May 26, 2020

Clerk
United States Court of Appeals for the Eighth Circuit
Thomas F. Eagleton Courthouse
111 S. 10th Street, Room 24.329
St. Louis, MO 63102-1125

Re: Lisa M. Montgomery
v. United States
No. 19-5921
(Your No. 17-1716)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The motion of The Ethics Bureau at Yale for leave to file a brief as *amicus curiae* is granted. The petition for a writ of certiorari is denied.

Sincerely,

**Scott S. Harris**, Clerk