**United States Court of Appeals**
***For The Eighth Circuit***
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
***Clerk of Court***

**VOICE (314) 244-2400**
**FAX (314) 244-2780**
**www.ca8.uscourts.gov**

# MEMORANDUM

**TO:** Ms. Paige A. Wymore-Wynn

**FROM:** Michael E. Gans, Clerk of Court

**DATE:** June 02, 2020

**RE:** 17-1716 Lisa Montgomery v. United States

District Court/Agency Case Number(s): 4:12-cv-08001-GAF

---

Enclosed is a letter received from the United States Supreme Court stating that an order has been filed denying certiorari in the above case.

CMD